# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0132. KERRI MARIE STARKEY v. BENJAMIN ROBERT STARKEY.**

In this child custody dispute, the defendant Kerri Marie Starkey has filed an application for discretionary review of the trial court's order denying her motion to dismiss for forum non conveniens. We lack jurisdiction.

Because there is no final judgment and the case remains pending below, the defendant was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the trial court's order. See OCGA § 5-6-34 (a) (1), (b); *In the Interest of W. L.*, 335 Ga. App. 561, 562-563 (782 SE2d 464) (2016); *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 161 (701 SE2d 599) (2010). Although the defendant filed an application for discretionary review, as described in OCGA § 5-6-35, compliance with that procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/22/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*